

# Fourth Court of Appeals
## San Antonio, Texas

February 26, 2014

No. 04-13-00798-CR

Eric C. **MARS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9994
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was originally due on February 3, 2014. On February 10, 2014, we notified appellant that the brief was late, and that a motion for extension of time was due within 10 days. The clerk's office has informed the court that on February 19, 2014, appellant attempted to file a paper copy of a motion for extension of time. As of January 1, 2014, all attorneys in civil and criminal cases are required to file all documents with the Court through the eFileTexas.gov electronic filing system. *See* TEX. R. APP. P. 9.2(c), 9.4(j). A deputy clerk attempted several times to call and inform counsel that paper filings are no longer accepted, but counsel's voicemail was full. Accordingly, we ORDER counsel to electronically file the motion for extension of time within 5 days of the date of this order. If neither the brief nor a motion is filed in accordance with this order, we will abate the appeal to the trial court pursuant to Rule 38.8(b). *See* TEX. R. APP. P. 38.8(b)(2).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court